■ MORGAN COAL & OIL CORP., Appellant, v SHELDON SOLOW, Respondent.—In an action, *inter alia,* to recover moneys owed for goods "sold and delivered" to the defendant, the plaintiff appeals, as limited by its brief, from so much of an order of the Supreme Court, Kings County (I. Aronin, J.), dated June 28, 1988, as denied its motion for summary judgment.

Ordered that the order is affirmed insofar as appealed from, with costs.

We agree with the Supreme Court that there are disputed issues of fact which preclude an award of summary judgment in the plaintiff's favor *(see, Mortimer v Lynch,* 119 AD2d 558). Mollen, P. J., Thompson, Lawrence and Eiber, JJ., concur.

■ PEARSAL PROPERTIES CORP., Appellant, v ARZINA REALTY CORP. et al., Defendants, and AL PORAT et al., Respondents.— Appeal by the plaintiff from an order of the Supreme Court, Westchester County (Ruskin, J.), entered September 29, 1988.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Ruskin at the Supreme Court. Mollen, P. J., Thompson, Lawrence and Eiber, JJ., concur.